```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15770
    CALVIN ADAMS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4719


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 06/19/2008 and was not confirmed.

        The case was dismissed without confirmation 09/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00           .00             .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    12060.45           .00             .00
BENEFICIAL                CURRENT MORTG         .00           .00             .00
BENEFICIAL                SECURED NOT I        .00           .00             .00
BENEFICIAL                CURRENT MORTG         .00           .00             .00
BENEFICIAL                MORTGAGE ARRE     4798.60           .00             .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    26357.00           .00          1481.20
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER     2277.95           .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER        5.25           .00             .00
VANGUARD HEALTH SYSTEMS   UNSEC W/INTER  NOT FILED            .00             .00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER  NOT FILED            .00             .00
BENEFICIAL/HOUSEHOLD FIN  UNSEC W/INTER  NOT FILED            .00             .00
BENEFICIAL/HOUSEHOLD FIN  UNSEC W/INTER  NOT FILED            .00             .00
AT&T ILLINOIS             UNSEC W/INTER  NOT FILED            .00             .00
T MOBILE                  UNSEC W/INTER  NOT FILED            .00             .00
AT&T ILLINOIS             UNSEC W/INTER  NOT FILED            .00             .00
T MOBILE                  UNSEC W/INTER  NOT FILED            .00             .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED            .00             .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED            .00             .00
DIRECTV                   UNSEC W/INTER  NOT FILED            .00             .00
TRINITY NATIONAL EMERGEN  UNSEC W/INTER  NOT FILED            .00             .00
CHASE AUTO                UNSEC W/INTER  NOT FILED            .00             .00
CHASE MANHATTAN           UNSEC W/INTER  NOT FILED            .00             .00
DELL FINANCIAL SERVICES   UNSEC W/INTER      621.10           .00             .00
HARLEY DAVIDSON CREDIT    UNSEC W/INTER  NOT FILED            .00             .00
CINGULAR WIRELESS         UNSEC W/INTER  NOT FILED            .00             .00
PEOPLES GAS               UNSEC W/INTER  NOT FILED            .00             .00
HSBC                      UNSEC W/INTER  NOT FILED            .00             .00
STERLING/JB ROBINSON JEW  UNSEC W/INTER  NOT FILED            .00             .00
JC PENNEY                 UNSEC W/INTER  NOT FILED            .00             .00
JC PENNEY                 UNSEC W/INTER  NOT FILED            .00             .00
MARQUETTE RADIOLOGY ASSO  UNSEC W/INTER  NOT FILED            .00             .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER  NOT FILED            .00             .00
EMERGENCY ROOM CARE PROV  UNSEC W/INTER  NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15770 CALVIN ADAMS
```

```
ST JOHNS REG HEALTH CNT   UNSEC W/INTER NOT FILED              .00             .00
ST JOHNS REG HEALTH CNT   UNSEC W/INTER NOT FILED              .00             .00
OPTION ONE MORTGAGE       UNSEC W/INTER NOT FILED              .00             .00
OPTION ONE MORTGAGE       UNSEC W/INTER NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     283.61             .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00             .00
TCF BANK SAVINGS          UNSEC W/INTER NOT FILED              .00             .00
TCF BANK SAVINGS          UNSEC W/INTER NOT FILED              .00             .00
WASHINGTON MUTUAL         UNSEC W/INTER NOT FILED              .00             .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY   NOT FILED              .00             .00
SAXON MORTGAGE SERVICES   MORTGAGE NOTI NOT FILED              .00             .00
SAXON MORTGAGE SERVICES   MORTGAGE NOTI NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         341.03              .00             .00
STERLING/JB ROBINSON JEW  SECURED NOT I    936.29              .00             .00
WELLS FARGO BANK          MORTGAGE NOTI NOT FILED              .00             .00
WELLS FARGO               CURRENT MORTG        .00             .00             .00
WELLS FARGO               MORTGAGE ARRE        .00             .00             .00
LEGAL HELPERS PC          DEBTOR ATTY     2,500.00                          747.04
TOM VAUGHN                TRUSTEE                                           186.76
DEBTOR REFUND             REFUND                                            805.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       3,220.00

PRIORITY                                             .00
SECURED                                         1,481.20
UNSECURED                                            .00
ADMINISTRATIVE                                    747.04
TRUSTEE COMPENSATION                              186.76
DEBTOR REFUND                                     805.00
                         ---------------     ---------------
TOTALS                        3,220.00           3,220.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/22/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE

                                PAGE   2
         CASE NO. 08 B 15770 CALVIN ADAMS